UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND BRIAN RUIZ,

                Plaintiff,

   v.

SNOHOMISH COUNTY, et al.,

                Defendants.

Case No. C19-946-MJP-MLP

ORDER ON PLAINTIFF'S MOTION
FOR EXTENSION OF TIME

      Based on Plaintiff's Motion for Extension of Time (dkt. # 47), and that opposing counsel has no opposition (dkt. # 49), it is hereby ORDERED that Plaintiff shall have up to and including December 14, 2020, to review the jail security footage from May 13, 2019 (dkt. # 46), which was previously mailed by Defendants to Plaintiff's correctional facility, and file a supplement to his response brief to Defendants' Motion for Summary Judgment ("Defendants' Motion").

      The Clerk is directed to re-note Defendants' Motion (dkt. # 34) on the Court's calendar for consideration on **December 18, 2020**, and the Clerk is directed to send copies of this Order to the parties and to the Honorable Marsha J. Pechman.

\\

\\

ORDER ON PLAINTIFF'S MOTION FOR
EXTENSION OF TIME - 1

Dated this 1st day of December, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTION FOR
EXTENSION OF TIME - 2