UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND BRIAN RUIZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>　　　　　　　Defendants. | Case No. C19-946-MJP-MLP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, and having noted the absence of any objections, the Court finds and ORDERS:

　　(1)　The Court ADOPTS the Report and Recommendation;

　　(2)　Defendants' motion for summary judgment (dkt. # 34) is GRANTED, and this action is DISMISSED with prejudice; and

　　(3)　The Clerk is directed to send copies of this Order to the parties.

Dated this 25th day of February, 2021.

　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　MARSHA J. PECHMAN
　　　　　　　　　　　　　　　　　　　United States Senior District Judge

ORDER OF DISMISSAL - 1